JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PEDRO SAUCEDO CALDERON,

Petitioner,

v.

SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,

Respondent.

No. CV 25-10111-SVW(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied without prejudice.

DATED: July 17, 2026

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE